# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CANDICE ELIZABETH PASQUINI,<br><br>　　　　Defendant. | Case No. 2:22-mj-00107-VCF-1<br><br>**Order** |

　　IT IS THEREFORE ORDERED the defendant having completed all the conditions of probation, that Defendant's guilty plea to Count 1 is WITHDRAWN.

　　IT IS FURTHER ORDERED that Count 1 of the Complaint is hereby AMENDED to a charge of Reckless Driving. Defendant pleads GUILTY to Amended Count 1 and the sentence imposed remains the same.

　　This case is closed.

　　Dated this 22nd day of February, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3